# WR-83,736-01

To The Clerk of Courts
   Texas Supreme Court of Criminal Appeals
   Supreme Court Building
   201 West 14th Street, Room 106
   Austin, Texas 78701

November 5, 2015.

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

Re: Ex parte Wilfredo Padilla
   Cause No. 2010-CR-0153-A,
   Trial Court No. 2010-CR-2309-A
   WR-83,736-01

Dear Clerk

Enclosed for Filing are an Original and Two Copies of The Petitioner Motion
to Extend Time to File Petition For Discretionary Review.

I Thank You in advance for Your time and assistance with this filing and
await the Courts ruling on My pending motion.

RESPECTFULLY.

WILFREDO PADILLA
I.D. # T-89700
M.C.I. Norfolk
2 Clark Street
Norfolk, MA 02056

COURT OF CRIMINAL APPEALS OF TEXAS

| | | |
|---|---|---|
| Ex Parte | § | CAUSE NO. 2010-CR-0153-A |
| | § | |
| WILFREDO PADILLA | § | Trial Court No. 2010-CR-2309-A |
| | § | WR-83,736-01 |
| | § | |

MOTION TO EXTEND TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

Now Comes the Petitioner WILFREDO PADILLA pro se in the above entitled Cause and Case number, to Respectfully Move this Honorable Court for an Extension of Time of 30 days to prepare and file a Petition for Discretionary Review (PDR). pursuant to T.R.A.P. rule 10.5(b).

On October 30, 2015 the Petitioner received Notice from the Court of Criminal Appeals of Texas, in Austin, Texas., Advising the petitioner that his application for Writ of Habeas Corpus had been denied; filed Oct.21, 2015.

The Petitioner will Appeal this Decision and needs an extension of time to prepare a petition, for the Reasons and Good Cause as follows:

The Petitioner is untrained in the Law and will need additional time to prepare and Research for Texas precedent law,

The Petitioner is presently incarcerated in the Massachusetts Department of Corrections pursuant to The Interstate Impact Act and has no access to Texas Case Law, only Federal Fifth Circuit and District Court of Appeals Cases,

Due to the Distance between Texas and Massachusetts any correspondence from the Court and the Petitioner will be delayed four to Seven days, then the day and half it takes this Institution to deliver the Petitioner his Legal Mail the delays account for a significant amount of time.

WHEREFORE the Petitioner Prays that this Honorable Court will Grant this Motion and allow the petitioner the 30 days he seeks to prepare his Petition

1

for Discretionary Review.

RESPECTFULLY SUBMITTED ON
THIS DATE /(-4-/5          .


_Wilfredo Padilla_
WILFREDO PADILLA
I.D. # T-89700
M.C.I. Norfolk
2 Clark Street
Norfolk, MA 02056

---

CERTIFICATE OF SERVICE

I Hereby Certify that a True and Correct Copy of the foregoing Motion to Extend Time to File Petition for Discretionary Review., has been served to all the Parties of Interest listed below, by placing said Pleadings in the United States Mail, postage pre-paid on November 4, 2015.


To The Willacy County District Clerks Office
Isabel Adame (Criminal Appeals Clerk)
576 West Main St., Suite 102
Ramondville, Texas 78580


To The Willacy County District Attorneys Office
Mr. Charles E. Mattingly (ADA.).
576 West Main Street
Raymondville, Texas 78580


To The Texas Attorney Generals Office
Assistant Attorney General
Mrs. Jessica Manojlovich
P.O.Box 12548, Capital Station
Austin, Texas 78711

To The United States District Court
United States Courthouse
600 E. Harrison Street #101
Brownsville, Texas 78520
(Clerks Office).

2